FILED: March 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1773
(8:24-cv-00313-PX)

_____

REAL TIME MEDICAL SYSTEMS, INC.

        Plaintiff - Appellee

v.

POINTCLICKCARE TECHNOLOGIES, INC., d/b/a PointClickCare

        Defendant - Appellant

-------------------------------

AMERICAN HOSPITAL ASSOCIATION; ELECTRONIC HEALTH RECORD ASSOCIATION

        Amici Supporting Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                     /s/ NWAMAKA ANOWI, CLERK