FILED: March 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1773
(8:24-cv-00313-PX)

_____

REAL TIME MEDICAL SYSTEMS, INC.

       Plaintiff - Appellee

v.

POINTCLICKCARE TECHNOLOGIES, INC., d/b/a PointClickCare

       Defendant - Appellant

-------------------------------

AMERICAN HOSPITAL ASSOCIATION; ELECTRONIC HEALTH RECORD ASSOCIATION

       Amici Supporting Appellant

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*