FILED: April 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1773
(8:24-cv-00313-PX)

_____

REAL TIME MEDICAL SYSTEMS, INC.

    Plaintiff - Appellee

v.

POINTCLICKCARE TECHNOLOGIES, INC., d/b/a PointClickCare

    Defendant - Appellant

-------------------------------

AMERICAN HOSPITAL ASSOCIATION; ELECTRONIC HEALTH RECORD ASSOCIATION

    Amici Supporting Appellant

_____

O R D E R

_____

    The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

    Upon consideration of the motion by American Hospital Association and Electronic Health Record Association to file an amicus brief in support of the rehearing petition, the court grants the motion.

Entered at the direction of the panel: Judge Gregory, Judge Wynn, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk